United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRUZ-ARTIAGA,<br><br>　　　　Defendant._____/ | No. C 09-00599 CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　Defendant Carlos Cruz-Artiaga has filed a motion to vacate under 28 U.S.C. § 2255. He argues that he received ineffective assistance of counsel, that his sentence constitutes cumulative punishment, that he was denied a speedy trial, and that he was denied a fair trial. See dkt. 16.  Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within 60 days of this Order.  Defendant may file a response within 30 days thereafter, if he wishes to do so.

　　　**IT IS SO ORDERED.**

Dated: June 18, 2012

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\599\osc.wpd